**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Garcia-Mejia

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>                     Plaintiff,              )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>SABINO RAFAEL GARCIA-MEJIA,     )<br>                                                                )<br>                     Defendant.            )<br>                                                                ) | Case No. 07MJ2526-BLM<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 31, 2007                         /s/  *Candis Mitchell*
                                                                **CANDIS L. MITCHELL**
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Mr. Garcia-Mejia
                                                                Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated:  October 31, 2007         /s/ *Candis Mitchell*
                **CANDIS L. MITCHELL**
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA  92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                Candis_Mithcell@fd.org