AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SABINO RAFAEL GARCIA-MEJIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 mj 2526

I, SABINO RAFAEL GARCIA-MEJIA, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _Nov. 27, 2007_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Sabino Garcia mejia_
Defendant

_Camelis mitchell_
Counsel for Defendant

Before _Barbara L. Major_
JUDICIAL OFFICER

FILED

NOV 2 7 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY